**AVYNO LAW P.C.**
Edward F. O'Connor, Esq. (SBN 123398)
Email: efo@avynolaw.com
6345 Balboa Blvd., Suite 208, Building I
Encino, CA 91316
Tel.: (818) 654-8840
Fax: (818) 332-4205

Attorneys for Plaintiff
*C. Scott Killips*

**ALPHA TRIAL GROUP, LLP**
Richard K. Welsh (SBN 208825)
Jeffrey A. Zuidema (SBN 248057)
10880 Wilshire Blvd., Suite 1126
Los Angeles, CA 90024
Telephone: (310) 562-4550
Email: rwelsh@atgllp.com
       jzuidema@atgllp.com

Attorneys for Defendants
*Before the Butcher, LLC and Donn LaTour*

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| C. SCOTT KILLIPS, an individual, Plaintiff, vs. BEFORE THE BUTCHER, LLC, a Delaware limited liability company; DONN LATOUR, an individual; and DOES 1 through 10, inclusive, Defendants. | **CASE NO.:** SA CV 19-0948 FMO (PLAx) **Hon. Fernando M. Olguin** **Magistrate Paul L. Abrams** **ORDER RE: STIPULATED PROTECTIVE ORDER** |

Having considered the papers, and finding that good cause exists, the Parties' Stipulated Protective Order is **granted**.

**IT IS SO ORDERED**.

DATED: __October 21,_____, 2019

_____
Hon. Paul L. Abrams
UNITED STATES MAGISTRATE JUDGE

2
**ORDER RE: STIPULATED PROTECTIVE ORDER**