JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| C. SCOTT KILLIPS, | Case No. SA CV 19-0948 FMO (PLAx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| BEFORE THE BUTCHER, LLC, et al., | |
| Defendants. | |

Pursuant to the Court's Order Re: Motion for Summary Judgment, IT IS ADJUDGED THAT the above-captioned action is dismissed as follows. Plaintiff's First Cause of Action for violations of § 10(b) of the Securities Exchange Act of 1934 ("Exchange Act"), 15 U.S.C. §§ 78j et seq. and Second Cause of Action for violation of § 20(a) of the Exchange Act, 15 U.S.C. § 78t, are **dismissed with prejudice**. Plaintiff's Third through Eleventh Causes of Action are **dismissed without prejudice** for lack of subject-matter jurisdiction. The parties shall bear their own fees and costs.

Dated this 25th day of August, 2021.

/s/
Fernando M. Olguin
United States District Judge